# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VERNON JEWEL PEARSON III,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

Case No. 8:23-cv-00253

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1. Experian is a named defendant in Civil Case No. 23-CA-000082, filed by Plaintiff Vernon Jewel Pearson III ("Plaintiff") in the Civil Division of the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida (hereinafter, "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the County Court of Broward County on January 4, 2023.

3. This Notice is being filed with this Court within thirty (30) days after Experian was served on January 20, 2023 with a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action against Experian is based. *See* **Exhibit A**.

4. This Court is the proper district court for removal because the State Court Action is pending within this District.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, orders, and other documents on file in the State Court Action are attached hereto as **Exhibit A–C**.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian that are alleged in the State Court Action arise under two federal statutes: (a) the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq* and (2) the Equal Credit Opportunity Act ("ECOA"), 15 U.S.C. § 1691 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. Accordingly, the above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8. Promptly after the filing of this Notice of Removal, Experian shall provide written notice of the removal to Plaintiff, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

- 3 -

Dated: February 7, 2023                    Respectfully submitted,

*/s/ Fabiola Delgado Cruz*
Fabiola M. Delgado Cruz
Florida Bar No. 1042026
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel.: (305) 714-9721
Fax: (305) 714-9799
Email: fdelgado@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Fabiola Delgado Cruz*
Fabiola M. Delgado Cruz

*Attorney for Defendant*
*Experian Information Solutions, Inc.*