UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERNON JEWEL PEARSON, III,

    Plaintiff,

v.                                                                   Case No. 8:23-cv-253-KKM-AEP

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.
_____

## ORDER

    Vernon Jewel Pearson, III, has failed to file a Certificate of Interested Persons and Corporate Disclosure Statement in accordance with Local Rule 3.10 and three Court orders directing him to do so. *See* Endorsed Orders (Doc. 3, Doc. 16, Doc. 19). Pearson has failed to show good cause for this failure despite a warning from the Court that failure to file the Certificate of Interested Persons and Corporate Disclosure Statement could result in dismissal. Endorsed Orders (Doc. 16, Doc. 19). His lack of diligence in the prosecution of his claims and refusal to comply with court orders is a clear pattern of delay that warrants dismissal.

    Accordingly, it is **ORDERED**:

    (1) This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the Court's orders.

(2) The Clerk is directed to terminate any pending motions or deadlines, enter judgment in favor of Defendants, and close this case.

**ORDERED** in Tampa, Florida, on April 12, 2023.

Kathryn Kimball Mizelle
United States District Judge