UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERNON JEWEL
PEARSON III,

 Plaintiff,

v.               Case No. 8:23-cv-00253-KKM-AEP

EXPERIAN INFORMATION
SOLUTIONS, INC.,

 Defendant.
_____

## ORDER

After this action was reopened, Vernon Jewel Pearson III was ordered to file a certificate of interested persons and an updated case management report by May 14, 2024. (Doc. 25). That deadline was later extended to June 21, 2024. (Doc. 27) at 4. After Pearson failed to comply, he was ordered to, by July 24, 2024, either file a certificate of interested persons and an updated case management report or show cause why the action should not be dismissed without prejudice for failure to prosecute. (Doc. 28). Pearson was warned that failure to timely respond to the show-cause order would result in dismissal without further notice. (Doc. 28).

Even accounting for the extra three days provided for mailing by Federal Rule of Civil Procedure 6(d), Pearson fails to timely respond to the show-cause order. Accordingly,

this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and for failure to comply with court orders. *See* Local Rule 3.10. The Clerk must **CLOSE** this case and **ENTER JUDGMENT** for Experian Information Solutions, Inc. and against Pearson, which shall read "This action is dismissed without prejudice."

**ORDERED** in Tampa, Florida, on August 29, 2024.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE[*]

---

[*] Signed by Judge Steven D. Merryday to expedite the resolution of this motion. This case remains assigned to Judge Kathryn Kimball Mizelle.